| PROB 22<br>(Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)*<br>05-CR-80187-03 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

JUDGE KENNELLY
MAGISTRATE JUDGE COX
08CR 0170

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>MAKSIMENKO, Valentina | DISTRICT<br>Eastern District of Michigan | DIVISION<br>Detroit | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Hon. Victoria A. Roberts | | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>June 28, 2007 | TO<br>June 27, 2009 |

RECEIVED FEB 1 2 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

| OFFENSE |
|---|
| 18.371.F Conspiracy to Defraud the United States. |

2-25-08
**FILED**
J.N
FEB 2 5 2008

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

FEB 0 6 2008
Date

*/s/ Victoria A. Roberts*
Hon. Victoria A. Roberts
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008
Effective Date

United States District Judge