
Case 2:05-cr-80187-VAR-DAS   Document 186   Filed 03/06/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FILED**
3-10-08
MAR 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

USA,

Plaintiff(s),

v.

Case No. 2:05-cr-80187-VAR-DAS

Valentina Maksimenko,

Defendant(s).

**08cr170**
**Judge Kennelly**
**Magistrate Judge Cox**

### NOTICE OF TRANSFER OF JURISDICTION OF PROBATIONER

TO: U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

The above entitled case has been transferred to your Court under the provisions of 18 U.S.C. § 3605, authorizing transfer of jurisdiction of probationer. Enclosed is the Order of Transfer and certified copies of the docket sheet, Indictment, and Judgment.

Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

Clerk's Office
U.S. District Court for the Eastern District of Michigan
231 W. Lafayette Blvd., 5th Floor
Detroit, MI
48226
(313) 234-5005

### Certification

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

DAVID J. WEAVER, CLERK OF COURT

By: s/ J. Creary
Deputy Clerk

Dated: March 6, 2008

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CRIMINAL DOCKET FOR CASE #: 2:05-cr-80187-VAR-DAS-3
# Internal Use Only

| | |
|---|---|
| Case title: USA v. Maksimenko et al | Date Filed: 02/24/2005<br>Date Terminated: 07/05/2007 |

Assigned to: Honorable Victoria A Roberts
Referred to: Honorable Donald A Scheer

### Defendant (3)

| | |
|---|---|
| **Valentina Maksimenko**<br>*TERMINATED: 07/05/2007* | represented by **Cornelius Pitts**<br>Cornelius Pitts Assoc.<br>3650 Penobscot Building<br>Detroit, MI 48226-4218<br>313-964-0066<br>Fax: 313-964-1450<br>Email: cpittslaw@sbcglobal.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By_____
            Deputy

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO | PROBATION: 2 YEARS |

| | |
|---|---|
| DEFRAUD THE UNITED STATES (1) | TO BE SERVED IN THE NORTHERN DISTRICT OF ILLINOIS; SPECIAL ASSESSMENT: $100. |

**Highest Offense Level (Opening)**
Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| None | |

**Highest Offense Level (Terminated)**
None

| | |
|---|---|
| **Complaints** | **Disposition** |
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Lou DeBaca** U.S. Attorney's Office (Detroit) 211 W. Fort Street Suite 2001 Detroit, MI 48226 202-514-2734 *LEAD ATTORNEY ATTORNEY TO BE NOTICED Designation: U.S. Attorney* |

**Mark Chutkow**
U.S. Attorney's Office
(Detroit)
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9100
Email:
Mark.Chutkow@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: U.S. Attorney*

**Tauras N. Ziedas**
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226-3211
313-226-9100
Fax: 313-226-9573
Email:
peter.ziedas@usdoj.gov
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2008 | 186 | NOTICE transferring case to *NORTHERN DISTRICT OF ILLINOIS* as to Valentina Maksimenko. (JCre) (Entered: 03/06/2008) |
| 03/04/2008 | 185 | TRANSFER OF JURISDICTION to Northern |

| | | |
|---|---|---|
| | | District of Illinois as to Valentina Maksimenko (JCre) (Entered: 03/06/2008) |
| 07/05/2007 | ●162 | JUDGMENT as to Valentina Maksimenko. Signed by Honorable Victoria A Roberts. (AGre) (Entered: 07/06/2007) |
| 06/28/2007 | ● | Minute Entry for proceedings held before Honorable Victoria A Roberts : Sentencing held as to Valentina Maksimenko.(Court Reporter: Janice Coleman) (Defendant Attorney: Cornelius Pitts) (AUSA: Mark Chutkow) (Court Interpreter: Olena Denysenko) (CPin) (Entered: 06/28/2007) |
| 06/12/2007 | ● | Set/Reset Deadlines/Hearings as to Valentina Maksimenko: **Sentencing set for 6/28/2007 11:00 AM before Honorable Victoria A Roberts**Adjourned from 6/11/07 (CPin) (Entered: 06/12/2007) |
| 04/30/2007 | ● | Set/Reset Deadlines/Hearings as to Valentina Maksimenko: **Sentencing set for 6/11/2007 10:30 AM before Honorable Victoria A Roberts** (CPin) (Entered: 04/30/2007) |
| 02/14/2007 | ●151 | ORDER. Signed by Honorable Victoria A Roberts. (LVer, ) (Entered: 02/14/2007) |
| 07/12/2006 | ●138 | ATTORNEY APPEARANCE: Tauras N. Ziedas appearing on behalf of USA as to Michail Aronov, Aleksander Maksimenko, Valentina Maksimenko, Anna Gonikman-Starchenko, Niki Papoutsaki, Veniamin Gonikman, Duay Jado *with respect to forfeiture*. (Ziedas, Tauras) (Entered: 07/12/2006) |
| 06/16/2006 | ●132 | NOTICE of Change of Attorney Information by Aleksander Maksimenko as to Michail Aronov, |

| | | |
|---|---|---|
| | | Aleksander Maksimenko, Valentina Maksimenko, Anna Gonikman-Starchenko, Niki Papoutsaki, Veniamin Gonikman, Duay Jado. (Rataj, Michael) (Entered: 06/16/2006) |
| 06/08/2006 | | Set/Reset Deadlines/Hearings as to Valentina Maksimenko: Sentencing set for 6/19/2006 10:30 AM before Honorable Victoria A Roberts. (CPin, ) (Entered: 06/08/2006) |
| 05/19/2006 | 127 | NOTICE of Change of Attorney Information by Niki Papoutsaki as to Michail Aronov, Aleksander Maksimenko, Valentina Maksimenko, Anna Gonikman-Starchenko, Niki Papoutsaki, Veniamin Gonikman, Duay Jado. (Mannarino, Maria) (Entered: 05/19/2006) |
| 02/14/2006 | 100 | PLEA AGREEMENT as to Valentina Maksimenko (LHack, ) (Entered: 02/16/2006) |
| 02/14/2006 | 99 | ACKNOWLEDGEMENT of Advice as to Constitutional Rights by Valentina Maksimenko. (LHack, ) (Entered: 02/16/2006) |
| 02/14/2006 | | Minute Entry for proceedings held before Honorable Victoria A Roberts : Plea Hearing, Plea Entered by Valentina Maksimenko (3) Guilty Count 1. Sentencing set for 6/19/2006 10:30 AM before Honorable Victoria A Roberts. (Court Reporter: Janice Coleman) (Defendant Attorney: Cornelius Pitts) (AUSA: Mark Chutkow) (CPin, ) (Entered: 02/14/2006) |
| 02/07/2006 | | Set/Reset Deadlines/Hearings as to Valentina Maksimenko: Plea Hearing set for 2/14/2006 10:30 AM before Honorable Victoria A Roberts. (CPin, ) (Entered: 02/07/2006) |
| 01/12/2006 | 96 | AMENDED TRIAL NOTICE AND |

| | | |
|---|---|---|
| | | STANDING ORDER as to Aleksander Maksimenko, Valentina Maksimenko Jury Trial set for 4/4/2006 09:00 AM before Honorable Victoria A Roberts. Motions due by 3/1/2006. Plea due by 1/24/2006. Signed by Honorable Victoria A Roberts. SEE IMAGE FOR ADDITIONAL DEADLINES(CPin, ) (Entered: 01/12/2006) |
| 01/12/2006 | ⊙95 | ORDER TO CONTINUE - Ends of Justice as to Valentina Maksimenko Plea due by 1/24/2006. Jury Trial set for 4/4/2006 09:00 AM before Honorable Victoria A Roberts. Signed by Honorable Victoria A Roberts. (CPin, ) (Entered: 01/12/2006) |
| 01/11/2006 | ⊙94 | STIPULATION *Regarding Trial Date and Finding of Excludable Delay* by USA as to Valentina Maksimenko. (Chutkow, Mark) (Entered: 01/11/2006) |
| 10/31/2005 | ⊙ | Attorney update in case as to Valentina Maksimenko. Attorney Cornelius Pitts for Valentina Maksimenko added. (THal, ) (Entered: 01/11/2006) |
| 10/31/2005 | ⊙ | Minute Entry for proceedings held before Honorable Steven D Pepe : Arraignment as to Valentina Maksimenko (3) Count 1 held on 10/31/2005. Disposition: not guilty plea entered (Tape #: SDP 10/31/05) (Defendant Attorney: Cornelius Pitts) (AUSA: Mark Chutkow) (EBut, ) (Entered: 11/14/2005) |
| 10/31/2005 | ⊙ | Minute Entry for proceedings held before Honorable Steven D Pepe : Initial Appearance as to Valentina Maksimenko. Bond Info: Valentina Maksimenko (3) 10,000 unsecured bond. (Tape |

| | | |
|---|---|---|
| | | #: SDP 10/31/05) (Defendant Attorney: Cornelius Pitts) (AUSA: Mark Chutkow) (EBut, ) (Entered: 11/14/2005) |
| 10/31/2005 | | Minute Entry for proceedings held before Honorable Victoria A Roberts : Plea Hearing not held as to Aleksander Maksimenko, Valentina Maksimenko Disposition: not held(Court Reporter: Janice Coleman) (Defendant Attorney: Cornelius Pitts) (AUSA: Lou DeBaca) (CPin, ) (Entered: 11/04/2005) |
| 10/31/2005 | 73 | Bond as to Valentina Maksimenko in the amount of $10,000 Unsecured entered. (LHack, ) (Entered: 11/03/2005) |
| 10/31/2005 | 72 | ORDER Setting Conditions of Release as to Valentina Maksimenko (3) $10,000. Signed by Honorable Steven D Pepe. (LHack, ) (Entered: 11/03/2005) |
| 10/31/2005 | 71 | ACKNOWLEDGEMENT of Second Superseding Information by Valentina Maksimenko. (LHack, ) (Entered: 11/02/2005) |
| 10/31/2005 | 70 | WAIVER OF INDICTMENT by Valentina Maksimenko (LHack, ) (Entered: 11/02/2005) |
| 10/28/2005 | 66 | SECOND SUPERSEDING INFORMATION as to Valentina Maksimenko (3) count(s) 1, Anna Gonikman-Starchenko (4) count(s) 1. (LHack, ) (Entered: 11/01/2005) |

*I hereby certify that the ... a true copy of the original on file in the Office*

*CLERK, U.S. DISTRICT COURT*
*EASTERN DISTRICT OF MICHIGAN*
*By_____ Deputy*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. NO. CR05-80187-VAR |
| ) | |
| vs. ) | HONORABLE: VICTORIA A. ROBERTS |
| ) | |
| VALENTINA MAKSIMENKO, ) | SECOND SUPERSEDING |
| and ANNA GONIKMAN- ) | INFORMATION |
| STARCHENKO, ) | |
| ) | 18 U.S.C. § 371 (Obstruction Conspiracy) |
| ) | |
| Defendants. ) | |

**SECOND SUPERSEDING INFORMATION AS TO**
**VALENTINA MAKSIMENKO AND ANNA GONIKMAN-STARCHENKO**

THE UNITED STATES ATTORNEY CHARGES:

**Count One**
**18 U.S.C. § 371 (Conspiracy to Obstruct Justice)**

At all times relevant to this Information:

1. Defendant VALENTINA MAKSIMENKO was associated by family ties to the owner/operators of "VMA/Beauty Search, Inc." (hereinafter, "BEAUTY SEARCH PARTNERS"), who smuggled foreign women into the United States, harbored them in apartments in Southeastern Michigan, and profited from their labor as exotic dancers, obtained through coercion and otherwise. Specifically, VALENTINA MAKSIMENKO was the mother of BEAUTY SEARCH PARTNER NO. 1 and the ex-wife of BEAUTY SEARCH PARTNER NO. 2.

1

2. Defendant ANNA GONIKMAN-STARCHENKO was associated by family ties to the BEAUTY SEARCH PARTNERS, who smuggled foreign women into the United States, harbored them in apartments in Southeastern Michigan, and profited from their labor as exotic dancers, obtained through coercion and otherwise. Specifically, ANNA GONIKMAN-STARCHENKO was the wife of BEAUTY SEARCH PARTNER NO. 2.

3. Defendants VALENTINA MAKSIMENKO and ANNA GONIKMAN-STARCHENKO benefitted from the earnings of the BEAUTY SEARCH PARTNERS' alien harboring scheme, obtaining, among other things, cars, clothing, cash, jewelry, and real property from the proceeds of the business.

4. "Y.G." was a Russian citizen who was illegally brought to the United States through Mexico by or on behalf of VMA/Beauty Search. Once in Southeastern Michigan, she was forced to work under the control of the BEAUTY SEARCH PARTNERS and for their economic benefit.

5. On or about February 15, 2005, BEAUTY SEARCH PARTNERS NOS. 1 and 3 were arrested and charged with the abuse of one of the women who they had smuggled into the United States and harbored for profit in Southeastern Michigan for use as an exotic dancer in their employ. The allegations against the BEAUTY SEARCH PARTNERS included the possession of a firearm and the use of numerous Eastern European dancers illegally in the United States.

6. Following the arrests of BEAUTY SEARCH PARTNERS NOS. 1

and 3, defendants VALENTINA MAKSIMENKO, ANNA GONIKMAN-STARCHENKO, and another person collected money from dancer "Y.G.", representing the VMA/Beauty Search portion of her earnings that she was turning over to the company because of extortion and the BEAUTY SEARCH PARTNERS' forced labor scheme.

7. Following the arrests of BEAUTY SEARCH PARTNERS NO. 1 and 3, defendants VALENTINA MAKSIMENKO and ANNA GONIKMAN-STARCHENKO were aware of the continuing federal investigation into the men's activities as brokers of exotic dancers to strip clubs in Southeast Michigan, including but not limited to possible immigration violations in the course of the Beauty Search conspiracy.

## Count One

8. The Introductory Allegations set forth in Paragraphs 1-7 are realleged and incorporated herein.

9. Between on or about February 14, 2005, and May 2005, in the Eastern District of Michigan and elsewhere, defendants VALENTINA MAKSIMENKO and ANNA GONIKMAN-STARCHENKO, together with others, did knowingly and intentionally conspire, combine, confederate and agree, to commit an offense against the United States, as follows:

    a. to obstruct justice, in violation of Title 18, United States Code, Section 1512(b)(3), through threats and corrupt persuasion, with the intent to

3

hinder, delay or prevent the communication of information to a federal law enforcement officer related to the commission of a federal offense – namely, Alien Harboring for Financial Gain, in violation of Title 8, United States Code, Section 1324.

## Overt Acts

10. On or about February 15, 2005, during a search of the residence owned by BEAUTY SEARCH PARTNER NO. 1 by federal immigration agents, ANNA GONIKMAN-STARCHENKO instructed "Y.G." to falsely tell the agents that she was GONIKMAN-STARCHENKO's masseuse, to prevent the agents from identifying "Y.G." as a potential witness in the Beauty Search investigation.

11. On or about February 26, 2005, VALENTINA MAKSIMENKO reported to BEAUTY SEARCH PARTNER NO. 1 that she and the other women could not locate dancer "Y.G."

12. On or about February 27, 2005, ANNA GONIKMAN-STARCHENKO reported to BEAUTY SEARCH PARTNER NO. 1 on the progress that she and others were making in their attempt to find "Y.G.", a dancer in the service of VMA/Beauty Search, and hide her until the criminal proceedings were over.

13. On or about February 27, 2005, VALENTINA MAKSIMENKO reported to BEAUTY SEARCH PARTNER NO. 1 on the progress that she, ANNA GONIKMAN-STARCHENKO, and others were making in their attempt to

4

find "Y.G.", a dancer in the service of VMA/Beauty Search, and hide her until the criminal proceedings were over.

14. In or about February 2005, ANNA GONIKMAN-STARCHENKO and others, at the direction of BEAUTY SEARCH PARTNER NO. 1, proposed to "Y.G" that she either go back to her home country or hide somewhere until the conclusion of the trial of the BEAUTY SEARCH PARTNERS, suggesting that she would suffer immigration consequences if she failed to follow this advice.

15. On or about March 10, 2005, VALENTINA MAKSIMENKO agreed to empty a bank account (thought not to have yet been located by federal agents) in the name of BEAUTY SEARCH PARTNER NO. 1.

16. On or about April 6, 2005, VALENTINA MAKSIMENKO agreed to destroy a ledger pertaining to VMA/Beauty Search's activities.

17. On a date unknown in the Spring of 2005, VALENTINA MAKSIMENKO reported to BEAUTY SEARCH PARTNER NO. 1 on the progress of her attempts to have another person pose as BEAUTY SEARCH PARTNER NO. 2, including the false use of a social security number.

All in violation of Title 18, United States Code, Section 371.

Dated: October ___28___, 2005

STEPHEN J. MURPHY
United States Attorney

By: _____
MARK CHUTKOW
Assistant U.S. Attorney

BRADLEY J. SCHLOZMAN
Acting Assistant Attorney General
Civil Rights Division

By: _____
LUIS C. DEBACA
Special Litigation Counsel

6

ORIGINAL

# Criminal Case Cover Sheet

United States District Court
Eastern District of Michigan

Case Number  05-80187

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | Judge Assigned: |
| Yes ___   No XX | AUSA's Initials: _me_ |

**Case Title:** UNITED STATES v. VALENTINA MAKSIMENKO and ANNA GONIKMAN-STARCHENKO

**County where offense occurred:** Wayne County

**Check One:**   XXX Felony   ___ Misdemeanor   ___ Petty

☐ Indictment ___ Information ___ no prior complaint.
☐ Indictment ___ Information ___ based upon prior complaint [Case number: _____]
☐ Indictment ___ Information ___ based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information:

Superseding to Case No: 05-80187   Judge: Victoria A. Roberts

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
■ Embraces same subject matter but adds the additional Defendants below:

| Defendants name | Charges |
|---|---|
| Valentina Maksimenko<br>Anna Gonikman-Starchenko | 18 U.S.C. § 371 |

October 28, 2005
Date

MARK CHUTKOW
Assistant U.S. Attorney

---

Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 1

Judgment-Page 1 of 5

# United States District Court
## Eastern District of Michigan

| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| VALENTINA MAKSIMENKO | Case Number: 05CR80187-3 |
| | USM Number: None |
| | Cornelius Pitts |
| | Defendant's Attorney |

**FILED**

**JUL - 5 2007**

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

**THE DEFENDANT:**

■ Pleaded guilty to count(s) **1 of Second Superseding Information.**

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C.§ 371 | Conspiracy to Obstruct Justice | May 2005 | 1 |

The defendant is sentenced as provided in pages **2 through 5** of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/28/07
Date of Imposition of Judgment

I hereby certify that the foregoing is
a true copy of the original on file in this
Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By_____
     Deputy

Victoria A Roberts
United States District Judge

**JUL - 5 2007**
Date Signed

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 4- Probation

Judgment-Page 2 of 5

DEFENDANT: VALENTINA MAKSIMENKO
CASE NUMBER: 05CR80187-3

## PROBATION

The defendant is hereby sentenced to probation for a term of: 2 years. To be supervised in the Northern District of Illinois.

The defendant shall not commit another federal, state or local crime.

If the defendant is convicted of a felony offense, DNA collection is required by Public Law 108-405.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court. Revocation of Probation is mandatory for possession of a controlled substance.

■ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report ot the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall supoort his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14) the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. Revocation of supervised release is mandatory for possession of a firearm.

AO245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 4C - Probation

Judgment-Page 3 of 5

DEFENDANT: VALENTINA MAKSIMENKO
CASE NUMBER: 05CR80187-3

## SPECIAL CONDITIONS OF SUPERVISION UNDER PROBATION

■ The defendant shall participate in the home confinement program for a period of **180 consecutive days** The defendant will maintain a telephone at his/her place of residence without "call forwarding," a modem, "Caller ID," "call waiting," or portable cordless telephones for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer.

■ The cost of electronic monitoring is waived.

AO245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Judgment-Page 4 of 5

DEFENDANT: VALENTINA MAKSIMENKO
CASE NUMBER: 05CR80187-3

## CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 100.00 | $ 0.00 | $ 0.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS:** | $ 0.00 | $ 0.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 5A - Criminal Monetary Penalties

Judgment-Page 5 of 5

DEFENDANT: VALENTINA MAKSIMENKO
CASE NUMBER: 05CR80187-3

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The Court waives the fine and costs of supervsion due to the defendant's inability to pay.